# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**M. RANDY RICE**                                                                       **PLAINTIFF**

**v.**                  Case No. 2:18-CV-00131- JM

**MIKE FOWLER, et al.**                                                  **DEFENDANT**

## ORDER DISMISSING PROCEEDING, WITH PREJUDICE

The above styled Proceeding has been settled and said Compromise Settlement has been confirmed by the United States Bankruptcy Court, Eastern District of Arkansas, *In Re: Turner Grain Merchandising, Inc., Case No. 2:14-bk-15687J (Docket #948)*. The parties are therefore requesting the Court to dismiss this Proceeding, with prejudice. This Court, having considered the request of parties, hereby grants the same.

**IT IS THEREFORE ORDERED** that the above styled proceeding shall be and is hereby dismissed, with prejudice.

Dated this 19th d ay of June, 2019.

_____
**UNITED STATES BANKRUPTCY COURT**

/s/ Grant Ballard_____
J. Grant Ballard, Attorney

/s/ Charles Coleman\_\_\_\_\_
Charles Coleman, Attorney

/s/ Kevin Keech_____
Kevin P. Keech, Attorney

/s/ M. Randy Rice_____
M. Randy Rice, Trustee